## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**SETH MACVICAR JUNKINS,**

    **Plaintiff,**

**v.**                                 **Case No. 3:26cv119-MCR-HTC**

**DISCOVERY TIME**
**PLAYSCHOOL, LLC, et al.**

    **Defendants.**

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated January 14, 2026. ECF No. 3. The Parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 3, is adopted and incorporated by reference in this Order.

2.    This case is DISMISSED without prejudice due to lack of jurisdiction.

3.      The Clerk is directed to close the case file.

**DONE AND ORDERED** this 4th day of May 2026.

_M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**